# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-1425

_____

United States of America

*Plaintiff - Appellee*

v.

Dewayne Gray

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: August 20, 2021
Filed: September 3, 2021
[Unpublished]

_____

Before SHEPHERD, GRASZ, and KOBES, Circuit Judges.

_____

PER CURIAM.

Dewayne Gray appeals an order committing him under 18 U.S.C. § 4245 to the custody of the Attorney General for hospital care and treatment until he no longer needs treatment or his prison sentence expires, whichever occurs first. Upon careful review of the record, including the reports of two examining psychologists who

opined that Gray met the criteria for commitment, we conclude the district court's[1] § 4245 finding was supported by a preponderance of the evidence, and was not clearly erroneous. *See* 18 U.S.C. § 4245(d) (burden of proof and determination of mental illness and treatment need); *United States v. Bean*, 373 F.3d 877, 879 (8th Cir. 2004) (standard of review). The judgment of the district court is affirmed.

_____

[1]The Honorable Douglas Harpool, United States District Judge for the Western District of Missouri, adopting the report and recommendation of the Honorable David P. Rush, United States Magistrate Judge for the Western District of Missouri.